

**ORDERED in the Southern District of Florida on December 22, 2025.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Alfredo Flores Torres                                        Case No.: 25-18246-CLC
                                                                                              Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

THIS MATTER having come to be heard without objection on the consent calendar on November 18, 2025, upon Debtor's Objection to Claim of Wells Fargo Bank, N.A.; claim #2 ("Objection") [ECF#30] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is allowed filed without distribution from the Chapter 13 Trustee.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)